**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DISVISION**

---

**ERIC STRANDBERG.**

Plaintiff,

v. Case No. 2:26-cv-02647-BCL-atv

**DILLARD TENNESSEE OPERATING LIMITED PARTNERSHUO and DILLARD'S, INC.,**

Defendants.

---

**ORDER GRANTING VOLUNTARY DISMISSAL OF DILLARD'S INC.**

---

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice as to Defendant Dillard's Inc. Only. Doc. 26. The stipulation purports to dismiss without prejudice all claims asserted against Defendant Dillard's, Inc. *Id.* The stipulation of dismissal makes clear that the claims against Defendant Dillard Tennessee Operating Limited Partnership are not dismissed. *Id.*

Dismissal of claims against a single party in a multi-defendant case is not appropriate under Federal Rule of Civil Procedure 41. *See Philip Carey Manufacturing Company v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961); *United States ex rel. Doe v. Preferred Care, Inc.*, 326 F.R.D. 462 (E.D. Ky. 2018). But the Court construes filings "by their substantive content and not by their labels," and, therefore, this Court will consider the stipulation of dismissal as a motion to drop a party under Rule 21. *See id.*

So construed, the Motion is **GRANTED.** All claims against Defendant Dillard's Inc. are **DISMISSED** without prejudice. The claims against Defendant Dillard Tennessee Operating Limited Partnership remains pending.

**IT IS SO ORDERED**, this 28th day of August, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE